# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>              vs.<br><br>CHRISTIAN ALFREDO VILLELA-BERNADAC,<br><br>                    Defendant. | CASE NO. 14CR2735-LAB<br><br><br>**JUDGMENT OF DISMISSAL** |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____    the Court has dismissed the case for unnecessary delay; or

_X_    the Court has granted the motion of the Government for dismissal, without prejudice; or

____    the Court has granted the motion of the defendant for a judgment of acquittal; or

____    a jury has been waived, and the Court has found the defendant not guilty; or

____    the jury has returned its verdict, finding the defendant not guilty;

_X_    of the offense(s) as charged in the Information:

21 USC 841(a)(1) - Possession with Intent to Distribute a Controlled

Substance; 18 USC 2 - Aiding and Abetting

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 2/5/15

Jill L. Burkhardt
U.S. Magistrate Judge